John Thompson SOUTHWELL,
Appellant,

v.

UNITED STATES of America.
No. 15324.

United States Court of Appeals
Eighth Circuit.

May 2, 1956.

Morris A. Shenker and Bernard J. Mellman, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed and cause remanded to District Court with instructions to vacate the judgment and sentence and to dismiss the case, on suggestion of death of appellant and motion to vacate and abate judgment of District Court.

Robert BANNARN, Appellant,

v.

UNITED STATES of America.
No. 15569.

United States Court of Appeals
Eighth Circuit.

May 8, 1956.

E. C. Mogren, St. Paul, Minn., for appellant.

George E. MacKinnon, U. S. Atty., and Clifford Janes, Asst. U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

LOCAL 1139, UNITED ELECTRICAL, RADIO AND MACHINE WORKERS OF AMERICA, IND.
No. 15544.

United States Court of Appeals
Eighth Circuit.

May 24, 1956.

David P. Findling, Assoc. Gen. Counsel, National Labor Relations Board, and Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Kenneth J. Enkel, Minneapolis, Minn., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and motion of petitioner for entry of enforcement decree.

Henry JAMES

v.

UNITED STATES of America.
No. 5330.

United States Court of Appeals
Tenth Circuit.

May 24, 1956.

Paul W. Cress, U. S. Atty., and George Camp, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before BRATTON, Chief Judge, PHILLIPS, Circuit Judge, and ROGERS, District Judge.

PER CURIAM.

Affirmed without opinion.